RICHMOND L. STEERS v. WM. YORKE.

**Adverse Possession—Statutory Bar of Action—Mistake in Boundary.**

One, who had actual possession of the land in controversy, openly using and claiming it as his own for the requisite time to make the statute of limitation a bar, as in ordinary cases of continuous, adverse possession, the fact that he placed his enclosure beyond the true line, by mistake, could not affect his right, to rely on the statutory bar.

APPEAL FROM KENTON CIRCUIT COURT.

September 22, 1871.

OPINION OF THE COURT BY JUDGE HARDIN:

We perceive no ground of objection to the first instruction given to the jury at the instance of the plaintiff, but regard the second instruction so given as misleading and erroneous in virtually depriving the defendant of the benefit of an adverse possession of the ground in controversy, if while so holding it he labored under a mistake as to the true boundary of the lot. If he had actual possession of the ground, openly using and claiming it as his own, for the requisite time to make the statute of limitation a bar as in ordinary cases of continuous, adverse possession, the fact that he placed his enclosure beyond the true line, by mistake, could not affect his right to rely upon the statutory bar. And for the same reason the qualification given by the court to the second instruction asked for the defendant, was also erroneous.

Wherefore, for the reasons indicated, the judgment is reversed and the cause remanded for a new trial and further proceedings not inconsistent with this opinion.

*Fisks, for appellant.*
*Carlisle, for appellee.*